Pro Se 14 (INND Rev. 2/20)                                                                                                 page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

__Floyd Leonard Smith Jr__,
[You are the PLAINTIFF, print your full name on this line.]

v.

__Correctional Officer Baur__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __3:23-cv-298__
[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
APR 17 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Nurse Jule | Elkhart County Correctional Complex 26861 C.R. 26 Elkhart IN 46517 |
| 2 | [Put the names of any other defendants in these boxes.] Nurse Derick | Elkhart County Correctional Complex 26861 C.R. 26 Elkhart IN 46517 |
| 3 | Dr. Foster | Elkhart County Correctional Complex 26861 C.R. 26 Elkhart IN 46517 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __4__

2. What is the name and address of your prison or jail? __Elkhart County Correctional Complex 26861 C.R. 26 Elkhart, IN 46517__

3. Did the event you are suing about happen there? ☑ Yes.  ☐ No, it happened at: _____

4. On what date did this event occur? __January 30 - Febuary 9TH__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

#4 Correctional Officer Baur; Elkhart County Correctional Complex
26861 C.R. 26
Elkhart, IN 46517

#5 ~~[scribbled out]~~; Elkhart County Correctional Complex
26861 C.R. 26
Elkhart IN 46517

Prayer For Relief

Wherefore, Plaintiff respectfully Pray That This Court Enter The Judgement, Granting Floyd Smith $55,000 From Each Defendant for 11 Days Floyd Smith Spent On The Ground In His Cell Totalling To $220,000 From Defendant Nurse Jule, Nurse Derrick, ~~[scribbled out]~~ Dr Foster And Correctional Officer Baur. $55,000 From Each Defendant

Granting Floyd L Smith Damages Compensatory Damages $55,000 From Each Defendant Totalling To $220,000 4 Defendants

Floyd L Smith Jr.

*Floyd L Smith* [signature]

4.10.23

4.10.23

Pro Se 14 (INND Rev. 2/20)                                                                                                                                            page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Prior to the reason I'm Suing, On three different Occasions I Have Had Officers And Nurses Medical Staff Render Me Aid Due to My Hypertensive Emergencies that Causes me to faint Unconscious, With In The Jail. On January 30TH 2023 While In A Mental Health Evaluation Appointment I Had A Hypertensive Emergency With Sharp Pains To My Chest And Shortness of breath. The Mental Health Assistant Ask The Three Nurses That I Need Help. Nurse Jule, Nurse Derick And Unknowned Name Nurse Yelled In Unison Stating "I'm Not Taken His Vitals," And Also Stated They Were Not Taking My Blood Pressure. Correctional Officer Baur Put Me In A Cell While The Nurses All Sat Doin Nothing. While sitting In The Cell For 20 minutes In Pain I Went To The Window And Saw All The Three Nurses And C.O. Baur Talking Not Doing A thing They All Started Whispering Then Nurse Derick Jumps Up Historically Stating "Well I Will Do A EKG On Mr Smith" Nurse Derick Got Me Out The Cell And Now Has Me In The Room Were EKG Is Done With C.O. Baur At the Door With Another Gaurd. While Nurse Derick Roughly Puts On The EKG Patches On Me He Makes A Statement Sayen "He Does Not Work For Me. Which I Didnt Understand Why He Would State This. After EKG is CO. Buar Put Me Back To Same Cell While Still In Pain And Shortness Of Breath. As I Glare Out The Cell I Seen

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Floyd Smith

Floyd Smith  4, 10, 2023

Claims and Facts (continued)

Dr Foster With His Last Patient When His Last Patient Leaves Dr. Foster Talks To Nurse Jule And Nurse Derick And Unknowned Nurse And Nurse Derick Whispered To C.O. Baur And C.O. Baur Comes To The Cell Gets Me Out Walks Me Around Dr Foster While Im Cluching My Chest And I Ask Where Am I Going C.O. Baur State You Goin To Stay In Medical Until Dr. Foster Can See You. C.O. Baur Swindled Me Into Isolation Cell Where Covid Imates Were. While Escorted To A Cell In Medical I Stood By A Cell That Was Available And C.O. Buor Says "No You Come Back To Isolation Everone Up Here Has Covid." Which I Found That Was Very Strange So He Place Me In A Cell Way In The Back Of The Isolation With Covid Imates In Medical. I Notice Its Like 50 Degrees And My Chest Pains And Shortness Of Breath Intensity Was At Its Highest I Must Have Fainted Cause When I Woke Up Shift Has Gange And I Ask C.O. Satoya That I Needed My High Blood Pressure Pill And He Stated Meds Dont Come Till 10 P.M. So While With Sharp Pains In My Chest I Started Hitting The Box For Help And The Unknow Person C.O. On the Box Say, "Whats Your Emergency." I Say I Have Major Chest Pains And I Have Not Gotten My Meds At All To Day. He States "He Has Nothing To Do With This" And All I Remember Is Nurse Jule Yanking My Arm While I Was On The Ground And Pain All Over My Body I Had Been On The Ground With Out Any Help For At Least 40 Min. I Can Remember Befor Fainting C.O. Satoya Stating He Dosen Think Medical Was Coming Cause He Had All Ready Told Them I Need Help And They Didn't Say Anything. When Nurse Jule Checked My Blood Pressure I Notice My Back Pain But She Left The Room While I Was Still On The Ground Sayen She Would Be Back To Give Me A EKG.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

4.10.2023    Floyd Smith
             Floyd Smith

While In The Same Place On The Ground Where I Fainted Nurse Jule Never Came To Give Me A EKG Nor Help Me With My New Back Injurey This Is When I Notice I Had Lost The Mobility In My Legs I Could Not Walk At All So I Grabed My Mat And Went To Sleep On The Floor The Next Day A 3AM I Woke Up And Notice It Was BreakFast I Couldn't Walk So I Did The Best I Can To Scoote Toward The Hand cuff Area On The Door For My Food Tray From This Moment On My Psychological, Mental And Psychical Health Would Be Tested. Eleven Days Stright On The Ground With No Hour Out On Any Day It Was Colder Than Normal In Isolation All of This Was On Camera Because My Cell In Isolation Was Right In Front Of The Video Camera That Records 24-7 Times A Day. I Could Not Get On The Toilet For The First Seven Days I Had To Relieve Myself In Iso Trays Due To My Legs Not Working. Eleven Days With Out Any One To Clean My Cell With Cleaning Supplies Eleven Days No Hour Out of My Cell. The Gaurd Would Not Give Me A Wheelchair, Bed Pan to Televie Myself Or Any Type of Advice On How To Help Myself Up. The Nurse Never Sent The Doctor OR The Nurse Never Help Me With My Chest Pains Or Shortness Of Breath The 11 Days Were Retaliation Due To I needed Help While In My Mental Health Evaluation Appointment. For Eleven Days No Help From The Dr Foster for Eleven

Floyd Butts
Floyd Butts
3.10.2023

Days No Time Out My Cell The Only Time Out My Cell Was For An Attorney Visit I Maneuvered Through The Cell Door With My Hands Pushing Myself Into The Visitation Room. Day Eleven Was The Worst For Me February The 9TH My Body Gave In To The Tremendous Amount Of Pain It Had Endured. Day Eleven I Could Not Breath Around 1:20pm I Start Pushing The Call Box For Help The Sharp Pains In My Chest Were So Severe No One Would Answer The Call Box, After I Pressed The Button For 5 Streight Minute A Gaurd Says For The First Time Why Am I Pressing The Button Like That And I Screamed Help Help Help Me Sharp Chest Pains And I Cant Breath But He Did Not Help Nor Did He Call Any Nurses For Me. When The Correctional Officer Did His Walk By Ne seen Me Unconscious And Still Didnt Enter The Room He Stared At My Lifeless Body And Kept Beating On The Door Saying Smith Smith, Then Nurse Jule Came To The Cell Door And Join Correctional Officer Satoya Beating On My Cell Window In Isolation Again This Is All Recorded By Correctional Officer Satoya Body Camera And By The 24-7 Hour Camera In Front Of My Cell. Next Thing I Know I Woke Up At The Hospital In Elkhart. With No Mobility In My Legs. I Could Not Walk And I Remain In A Wheelchair As OF 4/10/23

Floyd Smith
Floyd Smith 3.10.2023

Nurse Derrick:
Nurse Jule:
Unknowed Nurse:

Tell How Each Defendant Violated Your Rights On January 30th 2023 While In Medical Nurse Jule And Nurse Derick And Unknowned Nurse Acted With Deliberate Indifference By Not Rendering Apropreate And Adequate Medical Care To Me While I Had Sharp Chest Pains And Couldnt Breath During A Hypertensive Emergency. When The Mental Health Assistant Yelled To Nurse Jule, Nurse Derick, And Unknowned Nurse That Mr Smith Needs Assistance THey All Historically Stated In Unison That They Are Not Taken My Vitals And That They Are Not Taken My Blood Pressure. THis Act Left Me And My Thoughts Very Physical And Mentally Devastated. Nurse Derick Nurse Jule And Unknowed Nurse Acted In Deliberate Indifference To My Objectively Serious Medical Condition In Violation Of The Eighth Amendment To The U.S Constitution. Nurse Derick Nurse Jule And Unknowned Nurse Deprived Me Of Needed Treatment.

Nurse Derrick, Nurse Jule And Unknowned Nurse Were Deliberately or Callously Indifferent To The Health And Well-being Of Me. Nurse Jule Nurse Derrick And Unknowned Nurse NHew Of And Disregarded A Excessive Risk To My Physical Health And Safety They knew I Was Suffering From Chest Pains And Did Not Render Any Aid.

Floyd Smith
Fear Snter 4.10.2023

Dr. Foster

Floyd Smith
Floyd Smith
4.10.23

Tell How Each Defendant Violated Your Rights
On Jan, 30, 2023 When I Was Having A Hypertensive Emergency With Sharp Pains To My Chest Doctor Foster Seen Correctional Officer Baur Bring Me Out The Cell Cluthing My Chest In Pain And Agony And Short OF Breath But did Not Render Me Aid At All Dr Foster Act In Delerated or Callously Indifferent To The Health And Well-Being OF Me. Dr. Foster Acted In Deliberate Indifference By Not Rendering Apropreate Adequate Medical Care He Just Ignor My Presents While I Was In Serious Pain And Agony When Correctional Officer Baur Walked ME Passed Him While I Was Out OF Breath With Sharp Chest Pains. Dr Foster Jus Look At Me In Pain And Start Back Talking Back To Nurse Jule And Nurse Derrick And Unknowned Nurse. Which Those Staff Members All Ready Acted In A Callous Matter. On Feb 9TH Dr Foster kept Leaving Out The Cell When I Had My Last Hypertensive Emergency Right Befor I Was Taking To The Hospital. All I Herd Was The Nurses Sayin Mr Smith Is Getting Much Colder To The Touch Where Is Dr. Foster? And Soon As They Get Him Into the Room With Me He Leaves Again. Three Times Total The Nurses Had To Get Dr. Foster In the

~~[scribbled out text]~~

Room. This Happend Feb 9th Right Be For I Was Finally Taken To Elkhart Genaral Hospital. DR Foster Did Not Want to Touch Me OR Render Me Aid.

Floyd L Smith Jr.
Floyd L Smith

3.10.2023

Jan, 30, 2023 Tell How Each Defendant Violate Your Rights Correctional Officer Baur: In Retaliation Lied, Swindled, And Lured Me Into Isolation Willingly Knowingly THat Isolation Housed Covid Covid 19 Inmates, While I Was Having A Hypetensive Emergency With Sharp Chest Pains, When I Brought This To His Attention He Says You Will Be Ok And Slamed The Door And Left. Correctional Officer Baur Seen That I Was In Pain Cluthing My Chest And Out Of Breath But Still Placed Me In Iso Lation With Covid Inmates. All Of This Is On Video From Correctional Officer Body Camrea And Also The 24-7 Camrea Right In From My Cell In Isolation Which I stayed There On The Ground With My Matt From January 30, 2023 Till Febuary 9Th With Out Seening Any Doctor, No Cleaning Supplies, No Hour Out At Any Giving Time No Shower, No New Towles, No Towles At All, Only Cold Water In Sink. No Wheel Chair, No Bed Pan To Use I had To Use Iso Trays To Releave Myself In, And Flush Down The Toliet. 50 Degree Temps. Correctional Officer Baur Acted With Deliberate Indifference Toward My Objectively Serious Medical Condition in Violation Of The Eighth Amendant To The U.S. Constitution. I Floyd L Smith Was Suffering From Physical Injury And Emotional Distress When Correctional Officer Baur Placed Me In Isolation With Covid Inmates. Please Refer To Exhibit B

Floyd Smith
4.10.2023

I Floyd L Smith Was Swindled By Co Baur Into Isolation With Covid Inmates. THe Fourteenth Amendment Due Process Clause Prohibits Holding Pretrial Detainees In Conditions That Amount To Punishment A Pretrial Condition Can Amount To Punishment In Two Ways. First, If It Is Imposed For Purpose OF punishment, or Second, if the condition is not reasonably related To A Legitimate Goal— if It Is Arbitrary or Purposeless— A Court Permissibly May Infer That The Purpose of The Government Action Is Punishment A Pretrial Detainee Can Prevail By Providing Only Objective Evidence That the Challenged Governmental Action Is Not Rationally Related To A Legitimate Governmental Objective or That It Is Excessive In Relation To That Purpose. Correctional Officer Baur Negligently Put Me I Isolation With Other Inmate Who Were Diagnosed With Covid 19 With An AFid Heart. THis Was Done In Retalition Due To My Hypertensive Emergency Chest Pains And Shortness OF Breath.

Floyd Smith
4.10.2023

5. When did this event happen?
   - ☐ Before I was confined.
   - ☑ While I was confined awaiting trial.
   - ☐ After I was convicted while confined serving the sentence.
   - ☐ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☑ No.
   - ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ☑ No, this event is not grievable at this prison or jail.
   - ☐ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ☐ Yes, this event was grievable, but I did not file a grievance because _____

_____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

I Want Each Defendant To Pay Me Five Thousand Dollars A Day That I Was In Isolation On The Ground. 11 Days While I Lost Mobility In My Legs Due To My Hyper Tensive Emergency In Isolation Was The Most Worst Pain And Agony Couldnt Breath And Sharp Chest Pain Each Day. So 5 thousand Each ~~Waiting~~ Day From Each Defendant.

[Initial Each Statement]

__7F__ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_____ I will keep a copy of this complaint for my records.
__7F__ I will promptly notify the court of any change of address.
_____ I WILL NOT send more than one copy of any filing to the court.
_____ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
__7F__ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on __4__ /__10__ /20__23__ at __12__ ☑am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Floyd E Swift_ _____    __75792__
Signature                                    Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]