AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

FLOYD LEONARD SMITH, JR

    Plaintiff

    v.      Civil Action No. 3:23-cv-298

BAUR, *Correctional Officer*

JULE, *Nurse*

DERICK, *Nurse*

FOSTER, *Dr.*

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____ recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Damon R Leichty.

DATE:   6/1/2023                              CHANDA J. BERTA, CLERK OF COURT

                                                            by      s/N. Corle
                                               *Signature of Clerk or Deputy Clerk*